1 | RENE L. VALLADARES
Federal Public Defender
2 | State Bar No. 11479
REBECCA A. ROSENSTEIN
3 | Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
4 | Las Vegas, Nevada 89101
(702) 388-6577
5 | (Fax) 388-6261

6 | Attorney for **VICTOR BUSTOS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR BUSTOS,<br><br>Defendant. | 2:08-CR-349-KJD-PAL<br><br>**ORDER ON EMERGENCY MOTION TO CONTINUE SENTENCING** |

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for June 27, 2012 at 9:00 a.m. is continued to July 23, 2012 at 9:00 a.m., Courtroom 6D.

DATED this the 26th day of June, 2012.

_____
United States District Judge

3